No. 03–10467. GONZALEZ-ALANIS v. UNITED STATES GARCIA-LUNA v. UNITED STATES MARTINEZ-VASQUEZ v. UNITED STATES DELGADO-GENCHIS v. UNITED STATES LOYOLA-HERNANDEZ v. UNITED STATES BOCANEGRA-CAMARILLO v. UNITED STATES TORRES-PEREZ v. UNITED STATES RANGEL-ORDUNA v. UNITED STATES RODRIGUEZ-HERNANDEZ v. UNITED STATES SALAZAR-GONZALEZ v. UNITED STATES YANEZ-BRILLANO v. UNITED STATES GONZALEZ-GARCIA v. UNITED STATES SOTO-FUERTE v. UNITED STATES CHAVEZ v. UNITED STATES MERAZ-SANCHEZ v. UNITED STATES SALDANA-AMANZA v. UNITED STATES ALCARAZ-RODRIGUEZ v. UNITED STATES RODRIGUEZ-GARCIA, AKA SUSTAITA-SAENZ v. UNITED STATES GARZA-FLORES v. UNITED STATES LEIJA-MARTINEZ v. UNITED STATES and GONZALEZ-CORA v. UNITED STATES C. A. 5th Cir. Certiorari denied.

No. 03–10469. CALHOUN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–10473. PETRIE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10475. ALLEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–10477. WILLIAMS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–10482. HAIRE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–10483. MINOR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10487. TERRY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–10489. ESPINOZA-MADRID v. UNITED STATES. C. A. 10th Cir. Certiorari denied.